ARNOLDO CASILLAS, ESQ., SBN 158519
Casillas & Associates
2801 E. Spring Street, Suite 200
Long Beach, CA 90806
Telephone: (562) 203-3030
Facsimile: (323) 725-0350
Email:  acasillas@casillaslegal.com

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCIEN LEYES, DIANA LEYES, LUCIEN LEYES, JR., ) ) ) | **CASE NO: 5:22-cv-00174-JGB-KK** *(Assigned to Hon. Jesus G. Bernal)* |
| Plaintiffs, ) ) | |
| vs. ) ) ) | **NOTICE OF CONDITIONAL SETTLEMENT** |
| CITY OF FONTANA, CITY OF FONTANA POLICE DEPARTMENT; WILLIAM GREEN, NOAH PACULBA, HECTOR QUINONES, MARIO MARTINEZ, DOES 1 through 10, ) ) ) ) ) ) ) ) | |
| Defendants. ) ) | |
| _____ ) | |

COME NOW the parties to the present action through their attorneys of record and give notice to the court of the conditional settlement of the present matter in its entirety.

After mediation, the parties have reached a conditional settlement of the entire action. The settlement is subject to the approval process for settlements with the City of Fontana.

**NOTICE OF CONDITIONAL SETTLEMENT**

1    As such, the parties request that the court vacate all proceedings scheduled in

2    the present matter and set a status conference re settlement approximately forty-five

3    (45) days from today's date.

4    **IT IS SO STIPULATED**

5    Date: March 10, 2023          CASILLAS & ASSOCIATES

6

7                                  By:  /s/ Arnoldo Casillas
                                        ARNOLDO CASILLAS
8                                  Attorneys for Plaintiffs Lucien Leyes, Diana Leyes
                                   and Lucien Leyes, Jr.
9

10   Date: March 10, 2023          FERGUSON, PRAET & SHERMAN

11

12                                 By:  /s/  Bruce D. Praet
                                        Bruce D. Praet
13                                 Attorneys for Defendants
                                   CITY OF FONTANA, CITY OFFONTANA
14                                 POLICE DEPARTMENT; WILLIAM GREEN,
                                   NOAH PACULBA, HECTOR QUINONES, and
15                                 MARIO MARTINEZ

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF CONDITIONAL SETTLEMENT**