ARNOLDO CASILLAS, ESQ., SBN 158519
Casillas & Associates
2801 E. Spring Street, Suite 200
Long Beach, CA 90806
Telephone: (562) 203-3030
Facsimile: (323) 725-0350
Email: acasillas@casillaslegal.com

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCIEN LEYES, DIANA LEYES, LUCIEN LEYES, JR., <br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF FONTANA, CITY OF FONTANA POLICE DEPARTMENT; WILLIAM GREEN, NOAH PACULBA, HECTOR QUINONES, MARIO MARTINEZ, DOES 1 through 10,<br><br>Defendants. | **CASE NO: 5:22-cv-00174-JGB-KK**<br>*(Assigned to Hon. Jesus G. Bernal)*<br><br>**STIPULATION OF THE PARTIES RE DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 41(A)(1)** |

WHEREAS Plaintiffs LUCIEN LEYES, DIANA LEYES, LUCIEN LEYES, JR. and Defendants CITY OF FONTANA, CITY OF FONTANA POLICE, DEPARTMENT, WILLIAM GREEN, NOAH PACULBA, HECTOR QUINONES, MARIO MARTINEZ have reached an agreement of dismissal of the above-captioned matter;

THE PARTIES THEREFORE STIPULATE THAT the Court dismiss all claims as to all Defendants on behalf of Plaintiff LUCIEN LEYES, DIANA LEYES, LUCIEN LEYES, JR., in the above-captioned matter with prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(1), each side to bear their own fees and costs.

**IT IS SO STIPULATED**

Date: April 25, 2023        CASILLAS & ASSOCIATES

By:  */s/ Arnoldo Casillas*
       ARNOLDO CASILLAS
Attorneys for Plaintiffs Lucien Leyes, Diana Leyes and Lucien Leyes, Jr.

Date: April 25, 2023        FERGUSON, PRAET & SHERMAN

By: */s/  Bruce D. Praet*
       Bruce D. Praet
Attorneys for Defendants
CITY OF FONTANA, CITY OFFONTANA POLICE DEPARTMENT; WILLIAM GREEN, NOAH PACULBA, HECTOR QUINONES, and MARIO MARTINEZ